## UNITED STATES of America, Plaintiff—Appellee,

v.

## Richard MAGGIOLO, a/k/a Richard Kevelier, Defendant— Appellant.

### No. 09–8046.

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2010.

Decided: April 5, 2010.

Richard Maggiolo, Appellant Pro Se. Anne Margaret Hayes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Maggiolo appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Maggiolo*, No. 4:96–cr–00062–BO–13 (E.D.N.C. filed Oct. 30 & entered Nov. 1, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*